**No. 47671.**—Protest 899001–G of. Kloeckner Steel Corp. (Galveston).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *Wilbur-Ellis Co.* v. *United States* (26 C. C. P. A. 403, C. A. D. 47), the claim for free entry under paragraph 1604 was sustained.

**No. 47672.**—Protest 793078–G of Kloeckner Steel Corp. (Port Arthur).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *Wilbur-Ellis Co.* v. *United States* (26 C. C. P. A. 403, C. A. D. 47), the claim for free entry under paragraph 1604 was sustained.

**No. 47673.**—Protests 802183–G, etc., of Kloeckner Steel Corp. (New Orleans).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *Wilbur-Ellis Co.* v. *United States* (26 C. C. P. A. 403, C. A. D. 47), the claim for free entry under paragraph 1604 was sustained.

**No. 47674.**—Protest 835078–G of New York Mdse. Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel that the paperweights in question are chiefly used in the household for utilitarian purposes, the claim at 40 percent under paragraph 339 was sustained on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20).   Brass base shells similar to those the subject of Abstract 37615 were held dutiable as articles having as an essential feature an electrical element or device, such as signs, at 35 percent under paragraph 353, as claimed.

BEFORE THE THIRD DIVISION, OCTOBER 26, 1942

**No. 47675.**—Protest 766874–G of Staikos Bros. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that certain of the merchandise consists of olives in brine the same as those the subject of *Skourtsis* v. *United States* (T. D. 48218), the claim at 20 cents per gallon under paragraph 744 was sustained.

OCTOBER 23, 1942

**No. 47676.**—▮▮▮▮▮▮▮▮▮—Protests 55330–K, etc., of M. Pressner & Co. et al. ▮▮▮▮▮▮▮ Government's application for rehearing granted.